JEFFREY S. GOODFRIED (BAR NO. 253804)
jeffrey.goodfried@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Plaintiff and Counterclaim
Defendant 777 PARTNERS LLC and
Plaintiff INSURETY CAPITAL LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| 777 PARTNERS LLC and INSURETY CAPITA LLC,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CHRISTOPHER JAMES PAGNANELLI,<br><br>          Defendant. | Case No. 8:24-mc-00009<br><br>**NOTICE OF WITHDRAWAL OF REGISTRATION OF OTHER DISTRICT COURT  JUDGMENT** |
| CHRISTOPHER JAMES PAGNANELLI,<br><br>          Counterclaim Plaintiff,<br><br>     vs.<br><br>777 PARTNERS LLC,<br><br>          Counterclaim Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**TO THE HONORABLE COURT:**

    **PLEASE TAKE NOTICE** that Plaintiff and Counterclaim Defendant 777 PARTNERS LLC and Plaintiff INSURETY CAPITAL LLC hereby withdraw the Clerk's Certification of a Judgment to be Registered in Another District (Dkt. 1) and Final Judgment (Dkt. 1-1), both filed on April 5, 2024.

DATED:  May 1, 2024          SAUL EWING LLP

By: _____
     JEFFREY S. GOODFRIED
     Attorneys for Plaintiff and Counterclaim
     Defendant 777 PARTNERS LLC and
     Plaintiff INSURETY CAPITAL LLC

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100